IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICKY M. CHARLTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-2896 |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 24th day of November, 2020, Plaintiff having failed to respond to the Rule to Show Cause (Doc. No. 14), directing that failure to file a brief within 45 days of the date of the Order will result in dismissal of the case, **IT IS HEREBY ORDERED** that the case is **DISMISSED** for failure to prosecute. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE